

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-09-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER ALLOWING FILING OF** |
| SCOTT MATTHEW THUM, | **DOCUMENT UNDER SEAL** |
| Defendant. | |

UPON the Defendant's Motion to File Document Under Seal (Doc. 47), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Psychological Evaluation is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this _16th_ day of March, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1